# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EXO Opportunity Fund LLC, a Delaware limited liability company; Galapagos Marketing LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Evolution Enterprises, LLC; et al.,<br><br>Defendants. | Case No. 2:22-cv-01613-JAD-DJA<br><br>**Order** |

John Bragonje, Esq. of the law firm Lewis Roca Rothgerber Christie LLP moves to withdraw as counsel of record for Plaintiffs EXO Opportunity Fund LLC and Galapagos Marketing LLC. The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). Because they are corporations, EXO Opportunity Fund LLC and Galapagos Marketing LLC must retain counsel to proceed in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

**IT IS THEREFORE ORDERED** that Bragonje's motion to withdraw (ECF No. 16) is **granted.**

**IT IS FURTHER ORDERED** that EXO Opportunity Fund LLC and Galapagos Marketing LLC must file a status report regarding their retention of counsel on or before **May 30, 2023.**

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place EXO Opportunity Fund LLC and Galapagos Marketing LLC's last known addresses on the docket and send a copy of this Order to Plaintiffs' last known address:

**Galapagos Marketing LLC**
Attn: Kevin Kreisler, Manager
c/o Registered Agent
847 Walker Road, Suite C
Dover, DE 19904
Email: kkreisler@gmail.com

**EXO Opportunity Fund LLC**
Attn: Kevin Kreisler
411 Hackensack Ave.
Hackensack, New Jersey 07601
Email: kkreisler@gmail.com

DATED: April 28, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE