# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EXO Opportunity Fund, LLC, a Delaware limited liability company; Galapagos Marketing, LLC, a Delaware limited liability company, | Case No. 2:22-cv-01613-JAD-DJA |
| Plaintiffs, | **Order** |
| v. | |
| Evolution Enterprises, LLC, a Nevada limited liability company; Evolution Travel, LLC, a Nevada limited liability company, on its own and as an alter ego of Evolution Enterprises LLC; Gemini Management Group, LLC, a Nevada limited liability company; David McCovy, an individual, | |
| Defendants. | |

On April 28, 2023, the Court granted John Bragonje, Esq.'s motion to withdraw as counsel of record for Plaintiffs EXO Opportunity Fund LLC and Galapagos Marketing LLC. (ECF No. 17). In that order, the Court pointed out that corporations must be represented by counsel and ordered that EXO and Galapagos file a status report regarding their retention of counsel on or before May 30, 2023. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel). The Court also required that the order granting the motion to withdraw be mailed to EXO and Galapagos.

To date, neither EXO nor Galapagos has filed a status report. Additionally, both the order addressed to EXO and the order addressed to Galapagos were returned as undeliverable. (ECF Nos. 19, 20). The Court will thus require EXO and Galapagos to show cause why the Court should not recommend sanctions, which may include dismissal, under Local Rule IA 11-8 for EXO and Galapagos' failure to comply with this Court's order (ECF No. 17). EXO and

Galapagos must also update their contact information as required by Local Rule IA 3-1. EXO and Galapagos must file a response to this order, and must update their addresses, on or before November 3, 2023.

**IT IS THEREFORE ORDERED** that EXO and Galapagos must file a response to this order and must update their addresses with the Court on or before **November 3, 2023. Failure to comply with this order may result in a recommendation of dismissal to the district judge.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of this order to EXO and Galapagos at their last known addresses.

DATED: October 4, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE